## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**STEVEN & SEBRINA WEST**                                          **PLAINTIFFS**

**VS.**                                          **CAUSE NO.: 1:19-CV-00146-GHD-DAS**

**STATE FARM FIRE AND**
**CASUALTY COMPANY and**
**JOHN DOES 1-10**                                          **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**UPON MOTION** made *ore tenus* by the parties for a dismissal of all claims made against Defendant, State Farm Fire and Casualty Company by Plaintiffs, Steven and Sebrina West, the Court, being advised that a settlement between the parties has been reached, finds said motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that all claims asserted herein, or which could have been asserted herein by Plaintiffs, Steven and Sebrina West, against Defendant, State Farm Fire and Casualty Company, are hereby dismissed with prejudice with each party to bear their own costs and attorney fees. This Court retains jurisdiction to enforce any settlement reached between the parties.

**SO ORDERED,** this the __3__ day of August, 2021.

_____
**SENIOR U.S. DISTRICT JUDGE**

Page **1** of **2**

*AGREED AS TO SUBSTANCE AND FORM:*

/s/ Jessa K. Christian
**Jessa K. Christian, MSB # 105469**
*LANGSTON & LOTT, PLLC*
Post Office Box 382
Booneville, MS 38829-0382
(662) 728-9733
(662) 728-1992 [Fax]
kchristian@langstonlott.com
**Attorney for Plaintiff,**
**Jane Allen**


/s/ Roechelle R. Morgan
**Roechelle R. Morgan, MSB # 100621**
*WEBB SANDERS & WILLIAMS PLLC*
Post Office Box 496
Tupelo, Mississippi 38802-0496
(662) 844-2137
(662) 842-3863 [Fax]
rmorgan@webbsanders.com
**Attorneys for Defendant,**
**State Farm Fire and Casualty Company**
 *(Order prepared by Roechelle R. Morgan*
 *Webb Sanders & Williams)*